UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NUMBER:_____

RICHARD RAYMOND,

    Plaintiff,

v.

ARTHUR H. PRICE JR. SEPTIC
TANK SERVICE, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW defendant Arthur H. Price Jr. Septic Tank Service, Inc., by and through its undersigned attorney and serves it's Notice of Removal of the instant action to the District Court of the United Sates, Middle District of Florida, Tampa Division and in support thereof state as follows:

1. The instant action was commenced in the Sixth Judicial Circuit in and for Pasco County, Florida; case number 2017-CA-000575-CAAXWS. The defendant has not filed any papers or pleadings, other than the Notice of Removal and the Designation of Email Address, in the state court action.

2. The complaint alleges the defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq. A copy of the complaint is attached as an exhibit to this Notice. Plaintiff also served a request for the production of documents and interrogatories upon the defendant along with the summons and complaint. Those discovery requests are also provided as an exhibit to this Notice.

3. This Court's exercise of subject matter jurisdiction in this cause is proper pursuant to 28 U.S.C. § 1331 which provides that the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

4. This Court has personal jurisdiction over the parties. The complaint alleges that the cause of action accrued in Pasco County, Florida. Additionally, the defendant is a resident of Pasco County, Florida.

5. Venue in the Middle District of Florida is proper pursuant to 28 U.S.C. § 1391. Venue in the Tampa Division is appropriate pursuant to Local Rule 4.02(a).

6. This action may be removed to the Middle District of Florida pursuant to 28 U.S.C. § 1441 (a).

WHEREFORE defendant Arthur H. Price Jr. Septic Tank Service, Inc. respectfully requests this Court enter an order taking jurisdiction over the subject matter and parties to this action and removing this action from the Circuit Court of the Sixth Judicial Circuit and granting any and all further relief deemed just and equitable.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon Matthew K. Fenton, Esquire of Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602 this April 25, 2017.

/s/ Randall J. Love
Randall J. Love
Florida Bar Number 0000380
Randall J. Love, P.A.
7236 State Road 52, Suite 13
Bayonet Point, FL 34667
(727) 857-6030
(727) 857-6052 (facsimile)
mmjlove@aol.com
Attorney for defendant